**No. 69569.**—Roto Bag Machine Corp. and Markland Thakar et al. *v.* United States protests 64/3980, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of bag-making machines and parts thereof similar in all material respects to those the subject of Abstract 66656, the claim of the plaintiffs was sustained.

**No. 69570.**—Atkinson, Haserick & Co., Inc. *v.* United States, protest 62/15275 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of spindles and parts thereof, dedicated to use on twister and spinning frames employing the "Cotton System," similar in all material respects to those the subject of *Atkinson, Haserick & Co., Inc.* v. *United States* (52 Cust. Ct. 215, C.D. 2463), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 30, 1965

**No. 69571.**—United China & Glass Company *v.* United States, protests 325926–K, etc. (Baltimore).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the items marked "T" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.